**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| MARKIEE Q. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV625-035 |
| | ) | |
| GEORGE IVEY, JR., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Court has entered a Report and Recommendation that recommends that Respondent's Motion to Dismiss should be granted because Petitioner Markiee Q. Jones' Petition is unexhausted. *See* doc. 20. The Court found, despite substantial ambiguity in the parties' arguments, that the Petition was, in fact, a "mixed" petition. *See, e.g., id.* at 12. The Court, therefore, proceeded to consider whether Petitioner had shown "good cause" for his failure to exhaust sufficient to invoke the stay-and-abeyance procedure contemplated in *Rhines v. Weber*, 544 U.S. 269 (2005). *Id.* at 12-15. Because neither party argued that issue, *see* docs. 10-1, 12, 13, 15, 16, 17 & 19, the Court's analysis was, necessarily, somewhat speculative.

Petitioner has now filed an Objection to the Report and Recommendation. Doc. 21. It does not object to the Court's conclusion that the Petition is "mixed," but, instead, argues that *Rhines*' stay-and-abeyance procedure should apply. *See id.* at 1. It raises wholly novel arguments for "good cause" for Petitioner's failure to fully exhaust his claims and argues that a stay sufficiently addresses the comity concerns raised by Respondent and in the Report and Recommendation. *See id.* at 2-7.

Because Petitioner's Objection is the first explicit argument concerning the propriety of staying and holding this case in abeyance, the Court believes that it is appropriate to solicit a response from Respondent. Accordingly, Respondent is **DIRECTED** to submit a response to Petitioner's assertion that this case should be stayed and held in abeyance, pending the disposition of his pending state habeas proceedings, by no later than March 20, 2026.

**SO ORDERED**, this 16th day of March, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2